435 A.2d 917

Commonwealth ex rel. Shomo v. Shomo, Appellant.

Argued February 17, 1981. Clement James Cassidy, submitted a brief on behalf of appellant; Patricia H. Frankel, for appellee.

Before PRICE, MONTEMURO and VAN der VOORT, JJ.

Order is affirmed.